# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-2034

_____

William E. Irving

*Plaintiff - Appellant*

v.

Larry Crawford, D.O.C. Director, Individually and Officially; Troy Steele,
Superintendent, SECC, Individually and Officially; Cheryl Dowdy, Functional
Unit Manager, SECC, Individually and Officially; Daniel Martinez, Functional
Unit Manager, SECC, Individually and Officially; Greg Walker, Correctional
Officer, Sergeant, SECC, Individually; Charles Mitchell, Correctional Officer,
Sergeant, SECC, Individually; Cynthia Reese, Chief of Mental Health, SECC,
Individually; Debbie Vinson, Director of Nursing, CMS, Individually; Penny
Lynn, Correctional Officer, Sergeant, SECC, Individually; Gina Cook,
Investigator, SECC, Individually and Officially; Dr. Michael Hakala; Melissa
Crumley, Nurse

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - Cape Girardeau

_____

Submitted: December 17, 2012
Filed: December 20, 2012
[Unpublished]

_____

Before BYE, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

Inmate William E. Irving appeals the district court's[1] orders dismissing certain claims in his 42 U.S.C. § 1983 action under 28 U.S.C. § 1915(e)(2)(B) or Federal Rule of Civil Procedure 12(b)(6), and granting summary judgment on the remaining claims. Upon careful consideration of Irving's arguments and review of the relevant record, we find no basis for reversal. The district court is affirmed, see 8th Cir. R. 47B, and we deny Irving's pending motion requesting court action to gain adequate access to law library materials.

_____

[1]The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.